[No. 8683. Department One. March 30, 1910.]

COMMERCIAL & SAVINGS BANK OF RACINE, WISCONSIN, *Respondent*, v. I. N. WAMOCH, *Appellant*.[1]

Appeal from a judgment of the superior court for Adams county, Holcomb, J., entered September 29, 1909. Appeal dismissed.

*Lovell & Davis*, for appellant.
*James Freece* and *Samuel P. Weaver*, for respondent.

PER CURIAM.—A demurrer interposed to the complaint in this action was sustained. Thereafter the court granted a rehearing and entered an order overruling the demurrer. From this latter order, the defendant has appealed. But no final judgment has been entered in the cause, and under repeated rulings of this court such orders as this are not appealable. *Zellar v. Siemens*, *ante* p. 116, 107 Pac. 1054, and cases there cited. The appeal is therefore dismissed.

---

[No. 8461. Department Two. May 2, 1910.]

THE STATE OF WASHINGTON, *Respondent*, v. N. R. SYLVESTER, *Appellant*.[2]

Appeal from a judgment of the superior court for Franklin county, Holcomb, J., entered May 27, 1909. Affirmed.

*Henry J. Snively* and *H. B. Noland*, for appellant.
*A. A. Hinman*, for respondent.

PER CURIAM.—The questions involved in this case are the same as in the case of *State v. Smith*, *ante* p. 235, 108 Pac. 618. The judgment is affirmed.

[1]Reported in 107 Pac. 1055

[2]Reported in 108 Pac. 620.